STATE *vs.* HUDSON, B. and P. ACKERMAN, prosecutors.

This cause involves the same facts, and the same principles apply with the same result.